United States District Court
for the District of New Jersey

_____   :
                                              :
**PATRICIA MEDINA TALBERT**                   :
                                              :  Civil No. 09-2782
          Plaintiff                           :
                                              :  Order of Reassignment
**THE JUDICIARY OF THE STATE OF NJ, ET AL.**  :
                                              :
          Defendant                           :
_____   :


It is on this 12th day of June 2009,

O R D E R E D that the entitled action is reassigned

from Judge Katharine S. Hayden to Judge to Judge Stanley R. Chesler.


                                      S/Garrett E. Brown, Jr.
                                  Garrett E. Brown, Jr., Chief Judge
                                  United States District Court